**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JASON DAVID TUCKER,**

       **Plaintiff,**

**v.**                          **Case No.  1:17cv291-MW/GRJ**

**DONALD J. TRUMP,
REX TILLERSON,
JEFF SESSIONS, and
JAMES B. COMEY,**

       **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 13.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction, as frivolous, and for failure to state a claim.  Plaintiff is **warned** that the filing of frivolous complaints may lead to the imposition of sanctions, including monetary sanctions.  To the extent

that Plaintiff's objection, ECF No. 13, is a motion for recusal of this Court, the motion is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 29, 2018.**

**s/Mark E. Walker                    **
**United States District Judge**